IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM SHORTER,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>G4S SECURE SOLUTIONS (USA)  )<br>INC., ET AL.,  )<br>  )<br>      Defendants.  )<br>_____  ) | CIVIL NO. 13-00470 JMS-RLP<br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>FINDINGS AND<br>RECOMMENDATION |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 5, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY DEFENDANT G4S SECURE SOLUTIONS (USA) INC.'S MOTION TO ENFORCE FORMAL SETTLEMENT AGREEMENT AND VACATE COURT DATES, AND FOR

///

///

///

///

ATTORNEYS' FEES AND SANCTIONS," Doc. No. 32, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 25, 2014.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Shorter v. G4S Secure Solutions (USA) Inc.*, Civ. No. 13-00470 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation